

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

July 20, 1971

Honorable James H. Havey               Opinion No. M-909
Director, International Trade
Texas Industrial Commission            Re: Whether the International
Box 12728, Capitol Station                 Trade Division of the
Austin, Texas  78711                       Texas Industrial Commission
                                           may maintain an employee in
                                           the country of Mexico, and
Dear Mr. Havey:                            a related question.

        In your recent letter requesting an opinion from this
office, you advised us that the International Trade Division of
the Texas Industrial Commission is planning on opening an extension
office in Mexico City, Mexico, D.F. and that funding for this office
has been approved and is contained in Senate Bill No. 11, Regular
Session as amended by Senate Bill No. 7, First Called Session of the
Sixty-Second Legislature. In this regard you ask whether the State
of Texas can legally pay for services of an employee who is working
in and consequently residing in Mexico.

        The Texas Industrial Commission was established by the
provisions of Article 5183, Vernon's Civil Statutes. Certain duties
of the Commission are prescribed by the subsections of Section 4,
Article 6144(e), Vernon's Civil Statutes. Those provisions most
pertinent to our discussion are quoted as follows:

        "(a)  Investigate, study and undertake ways
        and means of promoting and encouraging the pros-
        perous development and protection of the legitimate
        interest and welfare of Texas business, industry,
        agriculture, and commerce within and outside the
        state.

        "(b)  Plan and develop an effective business
        information service both for the assistance of
        business and industry of the state and for the
        encouragement of business and industry outside
        the state to use economical facilities within
        the state.

        "  . . .

        "(e)  Encourage and develop commerce with
        other states and foreign countries."

-4423-

Line Item 14 of the current legislative appropriation for the Industrial Commission, which is found in Section 1 of Article III of Senate Bill No. 11, Regular Session, as amended by Senate Bill No. 7, First Called Session, Acts 62nd Legislature, 1971 (General Appropriation Act for the biennium ending August 31, 1973) provides as follows:

|  | For the years ending | |
|  | August 31, 1972 | August 31, 1973 |
| "To provide from the General Revenue Fund for international trade projects including but not limited to foreign trade missions, overseas offices, reverse investment missions, including salaries of exempt and classified positions, professional fees and services, part-time and seasonal help, travel consumable supplies and materials, current and recurring operating expenses, capital outlay, planning grants and all other activities for which no other provisions are made. | 150,000 | 150,000" |

Article III, Section 44 of the Constitution of Texas prohibits appropriations by the Legislature unless there is in force a pre-existing law to support such appropriations.  Austin National Bank v. Sheppard, 123 Tex. 272, 71 S.W.2d 242 (1934); Attorney General's Opinion No. M-729 (1970).

In a similar fact situation, Attorney General's Opinion M-729 held that the Commissioner of Agriculture has the authority to enter into a contract to pay a monthly consultation fee for the rendering of various marketing surveys and studies to an individual temporarily residing in Europe.

In view of the foregoing authorities and the circumstances presented, it is our opinion that Subsections (a), (b), and (e) of Section 4, Article 6144(e), Vernon's Civil Statutes, grants to the Industrial Commission authority to open an extension office in Mexico City, Mexico, D.F. and to pay the salaries of employees who are working and residing in Mexico.

## S U M M A R Y

Subsections (a), (b) and (e) of Section 4 of Article 6144(e), Vernon's Civil Statutes, grants to the Industrial Commission authority to open an extension office in Mexico City, Mexico, D.F. and to pay the salaries of employees who are working and residing in Mexico.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Ivan R. Williams, Jr.
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
William J. Craig
Camm Lary
Tom Sedberry
Ray McGregor

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant